IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02100-REB-PAC

SUSAN K. TURNER, and
CAROLYN A. DAVIS,

    Plaintiff(s),

v.

XCEL ENERGY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Unopposed Motion to Amend Scheduling Order to Extend Discovery Cutoff and Dispositive Motion Deadlines [filed August 16, 2006; Doc. No. 19] is **GRANTED** as follows:

    The discovery cut-off is extended to **September 21, 2006.**

    The dispositive motions deadline is extended to **October 13, 2006.**

Dated:  August 18, 2006