**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02100-REB-PAC

SUSAN K. TURNER, and
CAROLYN A. DAVIS,

     Plaintiffs,

v.

XCEL ENERGY,

     Defendant.

## MINUTE ORDER[1]

     Plaintiffs' Amended Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment [#48], filed November 1, 2006, is GRANTED. Plaintiff shall have until **November 24, 2006**, in which to file a response to the motion for summary judgment.

Dated: November 3, 2006
-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.