IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02100-REB-PAC

SUSAN K. TURNER and
CAROLYN A. DAVIS,

Plaintiffs,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a Excel Energy,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with the matters discussed this afternoon:

IT IS ORDERED that a supplemental final pretrial conference is set for **December 4, 2006, at 4:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear by telephone. The parties shall prepare a revised proposed final pretrial order modified as discussed this afternoon and shall submit it to the court on or before **November 27, 2006**.

IT IS FURTHER ORDERED that copies of listed exhibits must be provided to opposing counsel and any pro se party no later than **December 15, 2006**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than **December 29, 2006.**

Dated November 20, 2006.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge