**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02100-REB-PAC

SUSAN K. TURNER, and
CAROLYN A. DAVIS,

     Plaintiffs,

v.

XCEL ENERGY,

     Defendant.

## MINUTE ORDER

     **This order is entered by the Honorable Robert E. Blackburn, Unites States District Judge for the United States District of Colorado.**

     The matter before the court is **Plaintiffs' Fed. R. Civ. P. 12(f) Motion To Strike Defendant's Citation of Three Unpublished Opinions in its Reply Brief** [#64] filed December 13, 2006. The motion **IS DENIED**. The court may consider any authority it deems relevant and persuasive.

     Dated July 10, 2007.